**Rodolfo LAMS, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 02–3222.

United States Court of Appeals, Federal Circuit.

July 31, 2002.

## ON MOTION

### ORDER

Rodolfo Lams having failed to pay the filing fee or file a Fed. Cir. R. 15(c) statement concerning discrimination,

---

\* We note that Lams petition for review is premature and must be dismissed on that ground

IT IS ORDERED THAT:

(1) The petition for review is dismissed.\*

(2) Each side shall bear its own costs.